# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JAMES EUGENE HERMANSON,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 74691 |
| JAMES EUGENE HERMANSON,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 74692 ✓<br><br>**FILED**<br><br>JAN 11 2018<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

## ORDER DISMISSING APPEALS

These are appeals from a district court order granting, in part, a petition for writ of mandamus and denying a motion to amend illegal sentence. Third Judicial District Court, Lyon County; Leon Aberasturi, Judge.

Appellant has filed a motion and a letter in these appeals indicating that he wishes to withdraw his appeals. The motion is granted and we

ORDER these appeals DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

18-01738

cc: Hon. Leon Aberasturi, District Judge
James Eugene Hermanson
Attorney General/Carson City
Lyon County District Attorney
Third District Court Clerk